Gary S. FIGORE, a Minor by Sophia V. Figore, His Guardian

v.

The PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

No. 14243.

United States Court of Appeals Third Circuit.

Argued May 23, 1963.

Decided June 5, 1963.

John H. Scott, Jr., Pittsburgh, Pa. (Gilbert J. Helwig, Reed, Smith, Shaw & McClay, Pittsburgh, Pa., on the brief), for appellant.

William J. Krzton, Pittsburgh, Pa. (Esler W. Hays, Pittsburgh, Pa., on the brief), for appellee.

Before KALODNER, STALEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Judgment of the District Court entered on December 7, 1961 in favor of the plaintiff and against the defendant pursuant to the jury's verdict at which this appeal is directed, will be affirmed.

UNITED NEW JERSEY SANDY HOOK PILOTS ASSOCIATION and United New Jersey Sandy Hook Pilots Benevolent Association, Petitioners,

v.

The Honorable Thomas W. MADDEN, Chief Judge, United States District Court for the District of New Jersey, Camden Division.

No. 14466.

United States Court of Appeals Third Circuit.

May 27, 1963.

Rehearing Denied June 7, 1963.

Before KALODNER, STALEY and SMITH, Circuit Judges.

ORDER

Upon consideration of the application for stay of the trial set to be had in the United States District Court for the District of New Jersey in Civil Actions No. 264–61 and Civil Action No. 252–62, pending disposition by this Court of the petition for writ of mandamus and prohibition in the above-entitled case.

It is Ordered that the application for stay be and it hereby is denied;

It is Further Ordered that the petition for writ of mandamus and prohibition be and it hereby is denied.